**BONRAY OIL COMPANY,
Plaintiff-Appellant,**

v.

**DEPARTMENT OF ENERGY OF the UNITED STATES of America and United States of America, Defendants-Appellees.**

No. 10–20.

Temporary Emergency Court of Appeals.

Argued June 22, 1979.

Decided July 31, 1979.

Charles Nesbitt, Oklahoma City, Okl., on brief, for plaintiff-appellant.

Sheila Lieber, Dept. of Justice, Washington, D. C., with whom Barbara Allen Babcock, Asst. Atty. Gen., C. Max Vassanelli and Hiram Eastland, Washington, D. C., were on brief, for defendants-appellees.

Before INGRAHAM, BECKER, and GEWIN, JJ.

PER CURIAM:

Having reviewed the record, briefs and oral arguments, we are in agreement with the judgment and reasoning of the district court and accordingly affirm on the basis of its excellent opinion, 472 F.Supp. 899 (W.D. Okl.1978).

AFFIRMED.